# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING
### COURT MINUTES - CRIMINAL

UNITED STATES OF AMERICA,
          Plaintiff,

v.

WAKINYON WAKAN MCARTHUR,
          Defendant.

| | |
|---|---|
| Case No: | 12-26(1) (JRT/JSM) |
| Date: | September 30, 2014 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Time Commenced: | 11:11 am |
| Time Concluded: | 3:18 pm |
| Time in Court: | 3 Hours & 2 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Andrew Winter, Steven Schleicher
    For Defendant:   Frederick Goetz   ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

☒ **Evidentiary Hearing** - Government witnesses: Sheila Larson, Jerry Wilhelmy
☒ **Sentencing.**
☒ Hearing held on objections to the presentence report.

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1rs | | Guilty | 156 months | | 3 years | | |
| 2rs | | Guilty | 156 months | | 3 years | | |
| 7rs | | Guilty | 60 months | | 4 years | | |
| 8rs | | Guilty | 156 months | | 3 years | | |
| 10rs | | Guilty | 60 months | | 5 years | | |
| 11rs | | Guilty | 300 months | | 5 years | | |

Said terms for Counts 1rs, 2rs, 7rs, 8rs to run    ☒ concurrently;
said terms for Counts 10rs, 11rs to run    ☒ consecutively for a total of 516 months
☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $600.00 to be paid .
☒ Motion for departure is ☐ granted ☒ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

                                                            s/Heather Arent-Zachary
                                                             Courtroom Deputy Clerk