## IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF MINNESOTA

### RE-SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES-CRIMINAL** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No: 12cr26(1) (JRT/JSM) |
| | ) | Date: February 24, 2020 |
| v. | ) | Court Reporter: Kristine Mousseau |
| | ) | Courthouse: Minneapolis |
| WAKINYAN WAKAN MCARTHUR, | ) | Courtroom: 15 |
| | ) | Time Commenced: 2:48 p.m. |
| Defendant. | ) | Time Concluded: 3:58 p.m. |
| | ) | Time in Court: 1 Hour & 10 Minutes |
| | ) | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Andrew Winter, Bradley Endicott, Assistant U.S. Attorneys
For Defendant:    Frederick Goetz     ☐ FPD **X** CJA  ☐ Retained  ☐ Appointed

**X Re-Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  240 months on Counts 1 and 8 and 420 months on Count 7, all terms to run concurrently.
Supervised Release Term:  3 years on Counts 1 and 8 and 5 years on Count 7, all terms to run concurrently.

**X** Special conditions of :

>   **See J&C for special conditions**

**X** Defendant sentenced to pay:
>   **X** Special assessment in the amount of $300.00 to be paid immediately.

**X** Count 2 of the superseding indictment in 12cr26(1) JRT/JSM is dismissed as to this defendant only.

**X** Defendant remanded to the custody of the U.S. Marshal.

Sealed Matters:  Docket No. 1965 shall remain sealed until 02/24/2040.

s/Heather Arent-Zachary<br>
Courtroom Deputy