# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,   **JUDGMENT IN A CRIMINAL CASE**

Plaintiff(s),

v.   Case No: 12-CR-26 JRT-JSM-1
   22-CV-2955-JRT

Wakinyan Wakan McArthur,

Defendant(s).

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Defendant's Motion to Supplement the § 2255 Motion [Docket No. 2383] is **GRANTED**;

2. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Docket No. 2252] is **DENIED as moot**;

3. Defendant's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Docket No. 2255] is **DENIED**;

4. The Court does **NOT** certify for appeal under 28 U.S.C. § 2253(c) the issues raised in Defendant's Motion; and

5. Defendant's Motion to Strike Government's Response [Docket No. 2325] is **DENIED as moot**.

Date: September 6, 2024   Kate M. Fogarty, Clerk